[No. 3337.]

BROWN v. THE PEOPLE.

*Appeal from Yuma District Court.* Hon. H. P. BURKE, JUDGE.

Messrs. ALLEN & WEBSTER, for appellant.

Hon. WILLIAM H. DICKSON, Attorney General; Hon. BENJAMIN GRIFFITH, Attorney General; Mr. FREDERICK D. ANDERSON, for the People.

HURLBUT, J.

This case is substantially identical, as to the law and facts, with the case of *M. C. Briggs, appellant, v. The People of the State of Colorado, appellee,* decided at this term.

The record shows that the two cases were consolidated by agreement, and one brief and argument made and filed for both cases. The judgment will be affirmed.                          *Affirmed.*